UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOZA, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00790-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 7)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Israel Ramirez ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action.

　　　　Plaintiff filed the complaint commencing this action on June 27, 2022. (ECF No. 1). On that same day, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). On June 29, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis*, without prejudice. (ECF No. 4). On July 14, 2022, Plaintiff re-filed his application to proceed *in forma pauperis* (ECF No. 7), which is now before the Court.

　　　　The Court will deny Plaintiff's application to proceed *in forma pauperis*, without prejudice, because Plaintiff failed to respond to question four, which asks whether Plaintiff has cash (which includes the balance of checking and savings accounts). (ECF No. 7, p. 2). This is particularly relevant here, because in his prior application Plaintiff alleged that he had significant funds in a checking or savings account. (ECF No. 2, p. 2). If Plaintiff chooses to

re-file the application, he should fill it out completely and accurately.

Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is denied without prejudice;
2. Plaintiff has thirty days from the date of service of this order to file a new application to proceed *in forma pauperis*;[1]
3. Failure to comply with this order may result in dismissal of this action; and
4. The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **July 15, 2022**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not need to submit a new Trust Account Statement.