# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>MENDOZA, et al.,<br><br>              Defendants. | Case No. 1:22-cv-00790-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REPLY TODAY<br><br>(ECF No. 9) |

   Israel Ramirez ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action. On August 3, 2022, Plaintiff filed a "Motion to Reply Today." (ECF No. 9). Portions of Plaintiff's motion are illegible and/or difficult to comprehend, but Plaintiff appears to allege that his case has merit, and he appears to ask the Court to move his case forward.

   Plaintiff's motion will be denied. This case will not proceed until Plaintiff either pays the filing fee or files an application to proceed *in forma pauperis* that makes the showing required by 28 U.S.C. § 1915. If he does, the Court will, in due course, screen his complaint.

   While the Court is denying Plaintiff's motion, the Court will extend Plaintiff's deadline to pay the $402 filing fee or file an application to proceed *in forma pauperis* that makes the showing required by 28 U.S.C. § 1915.

   Accordingly, IT IS ORDERED that:

   1. Plaintiff's Motion to Reply Today is denied;
   2. Plaintiff has thirty days from the date of service of this order to file an

application to proceed *in forma pauperis*[1] or to pay the $402 filing fee; and

3. Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **August 4, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff does not need to submit a new Trust Account Statement.